UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

PULTE CAPITAL PARTNERS, LLC,

    *Plaintiff*,

v.

BRENT LUSH;
GOODFELLAS HVAC, INC.,

    *Defendants*.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Pulte Capital Partners, LLC ("Pulte Capital"), files this complaint for breach of contract and breach of fiduciary duty against Defendants Brent Lush and Goodfellas HVAC, Inc. ("Goodfellas HVAC").

In support of its Complaint, Pulte Capital states as follows:

### PARTIES

1. Plaintiff Pulte Capital Partners, LLC is a Michigan LLC with its principal place of business in Palm Beach County, Florida. Pulte Capital and its members are citizens of Florida for purposes of federal diversity jurisdiction.

2. Defendant Brent Lush is a citizen of the state of Arizona. He is the principal, president, sole director, and controlling shareholder of Goodfellas HVAC.

3. Defendant Goodfellas HVAC, Inc. is an Arizona corporation with its principal place of business in Pima County, Arizona.

1

## JURISDICTION AND VENUE

4. This is a civil action before the court upon its diversity jurisdiction. Plaintiff Pulte Capital is a citizen of Florida for diversity purposes. Defendants are both citizens of Arizona. The amount in controversy exceeds $75,000.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred in this District.

## GENERAL ALLEGATIONS

6. On or about October 21, 2021, Pulte Capital entered into a contract with Goodfellas HVAC and Brent Lush ("the Agreement"). A copy of the Agreement is attached to this complaint as **Exhibit 1**.

7. Subsequent to the execution of the Agreement, and as contemplated by the Parties, Pulte Capital became a minority shareholder of Goodfellas HVAC. This minority stake had and has a value of at least $250,000.

8. Pulte Capital has always performed its obligations under the Agreement.

9. On September 15, 2023, Defendants Goodfellas HVAC and Lush caused a letter to be delivered to Pulte Capital, announcing Defendants' unambiguous intention to dishonor and breach the Agreement. This letter plainly states, "[T]his letter constitutes formal notice that Mr. Lush shall hereafter treat the Agreement as terminated, and will therefore take no further action to perform under its terms."

10. The letter further stated that Goodfellas HVAC and Lush intended to treat Pulte Capital's interest in Goodfellas HVAC as "forfeited." The letter explicitly states that Goodfellas HVAC and Lush will no longer treat Pulte Capital as a minority shareholder and will not provide Pulte Capital an IRS Form K-1 reflecting and accounting for Pulte Capital's

stake in the business. Lush has accordingly announced his intention to breach, and has actually breached, his fiduciary duties to Pulte Capital.

11. All conditions precedent to filing this action have been fulfilled.

## COUNT I – BREACH OF CONTRACT
**(against Defendants Lush and Goodfellas HVAC)**

12. Plaintiff Pulte Capital incorporates paragraphs 1–11 of this Complaint as if fully alleged herein.

13. On or around October 29, 2021, the Parties entered into the Agreement, attached to this Complaint as **Exhibit 1**.

14. Plaintiff Pulte Capital has at all times performed its obligations under the Agreement.

15. On or about September 15, 2023, Defendants Lush and Goodfellas HVAC breached the Agreement by formally and unambiguously announcing their intention to treat it as terminated.

16. As a result of this conduct, Pulte Capital has suffered damages. Moreover, Pulte Capital is entitled to injunctive relief specifically enforcing the injunction's terms and declaratory relief that the Agreement remains valid, in effect, and enforceable against Defendants, and that Pulte Capital retains its minority stake in Goodfellas HVAC.

## COUNT II – BREACH OF FIDUCIARY DUTY
**(against Defendant Lush)**

17. Plaintiff Pulte Capital incorporates paragraphs 1–11 of this Complaint as if fully alleged herein.

18. On or about October 29, 2021, Plaintiff Pulte Capital became a minority shareholder of Defendant Goodfellas HVAC. Plaintiff Pulte Capital remains a minority shareholder of Defendant Goodfellas HVAC through the present.

19. Defendant Lush is the principal, president, sole director, and majority controlling shareholder of Goodfellas HVAC.

20. As such, Defendant Lush owes Pulte Capital fiduciary duties of loyalty, good faith, and care, among others.

21. Defendant Lush has breached these fiduciary duties by considering Pulte Capital's stake in Goodfellas HVAC "forfeited," effectively disclaiming his duties to Pulte Capital and misappropriating Pulte Capital's equity to itself.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pulte Capital prays for the following relief:

A. Judgment in favor of Pulte Capital and against Defendants Lush and Goodfellas HVAC on all claims stated herein.

B. Declaratory judgment that the Agreement between the parties remains in full force and effect and Pulte Capital remains a minority shareholder in Goodfellas HVAC.

C. Actual and punitive damages in excess of $75,000 and according to proof at trial.

D. Injunctive relief pursuant to both counts and an order of specific performance under the Agreement.

E. Judgment for Plaintiff's costs and attorneys' fees incurred in bringing this action.

      F.    Such further relief to which Pulte Capital may be entitled and that the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff Pulte Capital demands a trial by jury on all claims and issues so triable.

Dated: September 17, 2023            Respectfully submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

*/s/ Derick Vollrath*
**Derick Vollrath**
Florida Bar No. 126740
dvollrath@mnrlawfirm.com

100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
Facsimile: (954) 688-2492

*Attorneys for Plaintiff Pulte Capital Partners, LLC*

5