Pulte Capital Partners LLC
230 S. Dixie Highway
Boca Raton, FL 33432

October 29, 2021

Brent Lush
8340N Thornydale Rd
Suite 110-251
Tucson, Arizona

RE:   Goodfellas HVAC Inc (the "Company") Minority Investment

Dear Brent

By signing this letter agreement, you hereby agree with Pulte Capital Partners, LLC ("Pulte Capital") as follows:

1. <u>Purchase</u>.  Pulte Capital shall purchase shares of the Company representing 40% of the Company's shares on a fully-diluted basis for a purchase price equal to $250,000. The purchase price will be used as Growth Capital to grow the Company. The Growth Capital will be paid back to Pulte Capital when the Company is sold, or at Brent's discretion, the Growth Capital may be paid back sooner. For the avoidance of doubt, even when the Growth Capital is paid back, Pulte Capital will retain its 40% fully-diluted ownership unless Bill Pulte consents in writing otherwise.

Pulte Capital will transfer 10% to Victor Rancour, who also hereby agrees to assist the Company, which leaves Pulte Capital with 30% of the fully diluted stock subject to the terms stated above.

Pulte Capital will also use its experience to work with the company and Brent to drive as much EBITDA and Enterprise Value as possible.

2. <u>Tag Along Rights</u>.  In the event that you sell the company, Pulte Capital shall accompany you in that sale, and have standard minority rights including but not limited to tag along and drag along rights.

3. <u>Non-Competition & Non-Solicitation with Goodfellas HVAC Inc</u>

(a)   For a period of five (5) years commencing on the date of this letter agreement (the "Restricted Period"), you shall not, and shall not permit any of your affiliates to, directly or indirectly: (i) engage in or assist others in engaging in the heating, ventilation, air conditioning, and/or plumbing business (the "Restricted Business") within 100 miles of Tucson (ii) have an interest in any entity that engages directly or indirectly in the Restricted Business within 100 Miles of Tucson in any capacity, including as a partner, shareholder, member, employee, principal, agent, trustee or consultant; or (iii) cause, induce or encourage any actual or prospective client, customer, sales representative, sales agent, broker, distributor, dealer, independent contractor, supplier, lessor, lessee, licensor or licensee of the Company, or any other person or entity who has a business relationship with the Company, to terminate or modify any such actual or prospective relationship.

(b)   During the Restricted Period, you shall not, and shall not permit any of your affiliates to, directly or indirectly, hire or solicit any person who is or was employed by the Company during the Restricted Period, or encourage any such employee to leave such employment, or hire any such employee who has left such employment.

(c)   You acknowledge and agree that: (i) a breach or threatened breach of this Section would give rise to irreparable harm to Pulte Capital, for which monetary damages would not be an adequate

QB\69099466.1

remedy, and hereby agrees that in the event of a breach or a threatened breach by you of any such obligations, Pulte Capital shall, in addition to any and all other rights and remedies that may be available to it in respect of such breach, be entitled to equitable relief, including a temporary restraining order, an injunction, specific performance and any other relief that may be available from a court of competent jurisdiction (without any requirement to post bond); (ii) the restrictions contained in this Section are reasonable and necessary to protect the legitimate interests of Pulte Capital and constitute a material inducement to Pulte Capital to enter into this letter agreement and consummate the transactions contemplated by this letter agreement; and (iii) you have fully read, understand and voluntarily enter into this letter agreement and that you have had an opportunity to ask questions and consult with an attorney of your choice before signing this letter agreement.

(d)     In the event that any covenant contained in this Section should ever be adjudicated to exceed the time, geographic, product or service or other limitations permitted by applicable law in any jurisdiction, then any court is expressly empowered to reform such covenant, and such covenant shall be deemed reformed, in such jurisdiction to the maximum time, geographic, product or service or other limitations permitted by applicable law. The covenants contained in this Section and each provision hereof are severable and distinct covenants and provisions. The invalidity or unenforceability of any such covenant or provision as written shall not invalidate or render unenforceable the remaining covenants or provisions hereof, and any such invalidity or unenforceability in any jurisdiction shall not invalidate or render unenforceable such covenant or provision in any other jurisdiction.

4.    Further Assurances. The parties shall promptly and duly execute and deliver to the other party such further documents and assurances and take such further action as may from time to time be reasonably requested in order to more effectively carry out the intent and purposes of this letter agreement.

5.    Counterparts. This letter agreement may be executed in two (2) or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Counterparts may be delivered via electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

If you are in agreement with the foregoing, please sign below and return a copy to the undersigned.

Sincerely,

PULTE CAPITAL PARTNERS, LLC

By: _____
Name: William J. Pulte
Title: Authorized Person

ACKNOWLEDGED AND AGREED:

_____
BRENT LUSH
PERSONALLY AND ON BEHALF OF GOODFELLAS HVAC INC

ACKNOWLEDGED AND AGREED:

_____
VICTOR RANCOUR

QB\69099466.1